UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK,<br><br>              Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, CHAMPION MORTGAGE and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 14-CV-02471 RS<br><br>**ORDER TO SHOW CAUSE** |

**TO DEFENDANTS BANK OF AMERICA AND CHAMPION MORTGAGE:**

You are hereby ordered to show cause why you, your agents, assigns, and those acting in concert with you should not be restrained and enjoined from directly or indirectly initiating foreclosure proceedings on a property owned by plaintiff Willie York located at 80 Conkling Street, San Francisco, California.

Plaintiff is instructed to serve this order, the complaint, and all accompanying motion papers on defendants by noon tomorrow, May 30, 2014.  Defendants must file a written response, if any, by 3:00 p.m. on Monday, June 2, 2014, at which point the matter will be submitted without oral argument pursuant to Civil Local Rule 7-1(b).

1  IT IS SO ORDERED.

2  DATED: 05/29/2014

3  _____
4  RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE