UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK,<br><br>            Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, CHAMPION MORTGAGE and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 14-CV-02471 RS<br><br>**ORDER** |

   Plaintiff is ordered to file forthwith proof of service or, in the alternative, a declaration setting forth the status of plaintiff's efforts to effect service.

IT IS SO ORDERED.

DATED:  06/02/2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE