UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK,<br><br>           Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, CHAMPION MORTGAGE and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. 14-CV-02471 RS<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

   Defendants are ordered to file a written response by 5:00 p.m. on Friday June 13, 2014.

Plaintiff may file a reply, if any, by 3:00 p.m. on Monday June 16, 2014.

IT IS SO ORDERED.

DATED:  06/05/2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

14-cv-02471 RS ORDER