1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   WILLIE YORK, | Case No. 14-CV-02471 RS |
| 13           Plaintiff, | **ORDER SETTING BRIEFING** |
| 14        v. | **SCHEDULE** |
| 15   BANK OF AMERICA, CHAMPION MORTGAGE and DOES 1-50, inclusive, | |
| 16 | |
| 17           Defendants. | |

18

       Defendants are ordered to file a written response by 5:00 p.m. on Friday June 13, 2014.

19

Plaintiff may file a reply, if any, by 3:00 p.m. on Monday June 16, 2014.

20

IT IS SO ORDERED.

21

DATED:  06/05/2014

22
23

_____
                  RICHARD SEEBORG
                  UNITED STATES DISTRICT JUDGE

24
25
26
27
28