UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, CHAMPION MORTGAGE and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 14-CV-02471 RS<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

On June 3, 2014, defendants Bank of America and Champion Mortgage were temporarily restrained and enjoined from initiating foreclosure proceedings on a property owned by plaintiff Willie York located at 80 Conkling Street, San Francisco, California.  (ECF No. 11).  Defendants were further ordered to show cause why a preliminary injunction should not issue upon expiration of the temporary restraining order.  *Id.*  Defendants did not appear at today's hearing on plaintiff's motion for a preliminary injunction, nor have they filed any written opposition to plaintiff's request for preliminary relief.

There is good cause to extend the temporary restraining order for an additional fourteen days.  Fed. R. Civ. P. 65(b)(2).  In particular, the extension will help ensure that defendants are properly notified of these proceedings and that the parties are prepared for the preliminary

injunction hearing. *See Cuin v. Prudential Life Ins. Co.*, 2008 WL 5273089 (D. Colo. Dec. 10, 2008) ("Although Rule 65(b)(2) does not define 'good cause,' courts have found an extension is warranted where, despite the diligence of the parties, additional time is necessary to prepare for a preliminary injunction hearing.") (citations omitted).

The temporary restraining order entered June 3, 2014 is hereby extended for fourteen days. Defendants are, again, ordered to show cause why a preliminary injunction should not issue upon dissolution of the temporary restraining order. The preliminary injunction hearing will be held at 10:00 a.m. on Tuesday, July 1, 2014 in Courtroom 3, 17th Floor, Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, in San Francisco, California, unless the parties agree to postpone the hearing with the court's consent. Defendants are ordered to file a written response by Thursday, June 26, 2014.

Plaintiff is ordered to file supplemental declarations by Thursday, June 19, 2014 showing that, in accordance with Rule 4 of the Federal Rules of Civil Procedure, defendants have been adequately served with a summons and a copy of the complaint.

IT IS SO ORDERED.

DATED: 06/17/2014 at 10:15 a.m.

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE