UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK,<br><br>             Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, CHAMPION MORTGAGE and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 14-CV-02471 RS<br><br>**ORDER ON STIPUATION TO CHANGE TIME** |

On June 25, 2014, the parties stipulated to extend certain dates and deadlines in this case. (ECF No. 26). Pursuant to that stipulation, it is hereby ordered that:

- Plaintiff may file a First Amended Complaint within thirty days of the date of this order;

- No defendant is required to file a responsive pleading until twenty days after plaintiff files his First Amended Complaint;

- The preliminary injunction hearing set for July 1, 2014 is continued to August 7, 2014 at 1:30 p.m. in Courtroom 3 on the 17th Floor of 450 Golden Gate Avenue, San Francisco, California. Defendants must file a written response by Thursday, July 31, 2014. Plaintiff may file a reply, if any, by August 4, 2014; and

- The Temporary Restraining Order issued on June 3, 2014 shall remain in full force and effect until a determination is made on plaintiff's application for a preliminary injunction.

1  The parties are further reminded that all filings in this case must comply with the Civil
2  Local Rules of this district.  For example, a stipulated request for an order changing time must
3  include, among other things, an attorney declaration.  Civ. L. R. 6-2.

4  IT IS SO ORDERED.
5

6  DATED:  6/25/14
7
8  _____
9  RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE