UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, CHAMPION MORTGAGE and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 14-CV-02471 RS<br><br>**ORDER ON STIPUATION TO CHANGE TIME** |

On July 23, 2014, the parties stipulated to extend certain dates and deadlines in this case. (ECF No. 33). Pursuant to that stipulation, it is hereby ordered that:

- Plaintiff may file a First Amended Complaint within sixty days of the date of this order;

- No defendant is required to file a responsive pleading until twenty days after plaintiff files his First Amended Complaint;

- The preliminary injunction hearing set for August 7, 2014 is continued to October 20, 2014 at 10:00 a.m. in Courtroom 3 on the 17th Floor of 450 Golden Gate Avenue, San Francisco, California. Defendants must file a written response by Thursday, October 2, 2014. Plaintiff may file a reply, if any, by October 9, 2014; and

- The Temporary Restraining Order issued on June 3, 2014 shall remain in full force and effect until a determination is made on plaintiff's application for a preliminary injunction.

IT IS SO ORDERED.

1  DATED: 7/24/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE