UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE YORK, et al.,

    Plaintiffs,

v.

BANK OF AMERICA, et al.,

    Defendants.

Case No. 14-cv-02471-RS

**ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE AND CONSOLIDATING HEARINGS**

Defendant Champion Mortgage Company has rescinded its notice of default and foreclosure on Plaintiff Mr. Willie York's home.  In the absence of a threat of irreparable harm at this time, plaintiffs' motion for a preliminary injunction to stay the foreclosure sale of Mr. York's home is denied without prejudice.  Champion is, however, ordered to provide plaintiffs and this Court with two weeks' advance notice prior to a recordation of notice and election to sell Mr. York's home.

In addition, the hearing on Champion's motion to dismiss plaintiffs' First Amended Complaint originally set for November 6, 2014, is hereby consolidated with the hearing on defendant Bank of America's motion to dismiss in this matter, to be held on November 20, 2014.

**IT IS SO ORDERED**.

Dated: October 20, 2014

_____
RICHARD SEEBORG
United States District Judge