Dennis Chin (State Bar No. 236466)
Ogas Chin, LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
(510) 645-1529

Attorney for Defendant and Third Party Plaintiff Thomas Perkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE YORK, CAROLYN YORK MILES,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, CHAMPION MORTGAGE COMPANY, REVERSE MORTGAGES OF CALIFORNIA, INC., JAMES B. NUTTER AND CO., THOMAS PERKINS, STEPHEN TALCOTT, AGNES MCNAMARA, and Does 1 to 50, inclusive.<br><br>Defendants.<br><br>───────────────────────<br><br>THOMAS PERKINS,<br><br>Third Party Plaintiff,<br><br>v.<br><br>RPM MORTGAGE, INC., a California Corporation; NL INC., a California Corporation; ERIN ROBERT HIRT; and ROES 1 to 20, inclusive,<br><br>Third Party Defendants. | Case No. 14 CV 02471 RS<br><br>ORDER<br>STIPULATION TO EXTEND DATE OF MEDIATION |

1  DEFENDANT and THIRD PARTY PLAINTIFF THOMAS PERKINS has recently
2  retained new counsel, and will need to time catch up to speed with the case. Accordingly, his
3  deposition will need to be rescheduled from June 17, 2016 to July 28, 2016.
4  IT IS HEREBY STIPULATED AND AGREED between PLAINTIFFS WILLIE YORK
5  and CAROLYN MILES YORK; DEFENDANTS BANK OF AMERICA, CHAMPION
6  MORTGAGE COMPANY, REVERSE MORTGAGES OF CALIFORNIA, INC., JAMES B.
7  NUTTER AND CO., THOMAS PERKINS, STEPHEN TALCOTT, AGNES MCNAMARA;
8  THIRD PARTY PLAINTIFF THOMAS PERKINS; and THIRD PARTY DEFENDANTS RPM
9  MORTGAGE, INC., NL INC., ERIN ROBERT HIRT, by and through their attorneys of record,
10 that the deadline for mediation shall be extended to August 11, 2016. Mediation briefs will be
11 due by August 4, 2016.
12 This stipulation may be executed in multiple counterparts, all of which shall be deemed
13 originals, and with the same effect as if all Parties had signed the same document. All of such
14 counterparts shall be construed together with and shall constitute one stipulation, but in making
15 proof, it shall be only necessary to produce one such counterpart. A facsimile, scanned or
16 electronic transmission shall be deemed valid and enforceable as an original.

DATED: 6/21/16

Robert F. Kane
Law Offices of Robert F. Kane
Attorneys for Plaintiffs Willie York & Carolyn Miles York

DATED:

Allison V. Lippa
McGuire Woods, LLP
Attorneys for Defendant Bank of America, N.A.

DATED:

Glenn H. Wechsler
Law Offices of Glenn H. Wechsler
Attorneys for Defendant and Counter-claimant
Champion Mortgage

STIPULATION TO EXTEND DATE OF MEDIATION
YORK ET AL. v. BANK OF AMERICA ET AL., CASE NO. 14 CV 02471 RS

1  DEFENDANT and THIRD PARTY PLAINTIFF THOMAS PERKINS has recently
2  retained new counsel, and will need to time catch up to speed with the case. Accordingly, his
3  deposition will need to be rescheduled from June 17, 2016 to July 28, 2016.
4  IT IS HEREBY STIPULATED AND AGREED between PLAINTIFFS WILLIE YORK
5  and CAROLYN MILES YORK; DEFENDANTS BANK OF AMERICA, CHAMPION
6  MORTGAGE COMPANY, REVERSE MORTGAGES OF CALIFORNIA, INC., JAMES B.
7  NUTTER AND CO., THOMAS PERKINS, STEPHEN TALCOTT, AGNES MCNAMARA;
8  THIRD PARTY PLAINTIFF THOMAS PERKINS; and THIRD PARTY DEFENDANTS RPM
9  MORTGAGE, INC., NL INC., ERIN ROBERT HIRT, by and through their attorneys of record,
10 that the deadline for mediation shall be extended to August 11, 2016. Mediation briefs will be
11 due by August 4, 2016.
12 This stipulation may be executed in multiple counterparts, all of which shall be deemed
13 originals, and with the same effect as if all Parties had signed the same document. All of such
14 counterparts shall be construed together with and shall constitute one stipulation, but in making
15 proof, it shall be only necessary to produce one such counterpart. A facsimile, scanned or
16 electronic transmission shall be deemed valid and enforceable as an original.

DATED:_____       _____
                           Robert F. Kane
                           Law Offices of Robert F. Kane
                           Attorneys for Plaintiffs Willie York & Carolyn Miles York

DATED: June 21, 2016       _____ Alex Gershon for_____
                           Allison V. Lippa
                           McGuire Woods, LLP
                           Attorneys for Defendant Bank of America, N.A.

DATED:_____       _____
                           Glenn H. Wechsler
                           Law Offices of Glenn H. Wechsler
                           Attorneys for Defendant and Counter-claimant
                           Champion Mortgage

1  DEFENDANT and THIRD PARTY PLAINTIFF THOMAS PERKINS has recently
2  retained new counsel, and will need to time catch up to speed with the case. Accordingly, his
3  deposition will need to be rescheduled from June 17, 2016 to July 28, 2016.
4  IT IS HEREBY STIPULATED AND AGREED between PLAINTIFFS WILLIE YORK
5  and CAROLYN MILES YORK; DEFENDANTS BANK OF AMERICA, CHAMPION
6  MORTGAGE COMPANY, REVERSE MORTGAGES OF CALIFORNIA, INC., JAMES B.
7  NUTTER AND CO., THOMAS PERKINS, STEPHEN TALCOTT, AGNES MCNAMARA;
8  THIRD PARTY PLAINTIFF THOMAS PERKINS; and THIRD PARTY DEFENDANTS RPM
9  MORTGAGE, INC., NL INC., ERIN ROBERT HIRT, by and through their attorneys of record,
10 that the deadline for mediation shall be extended to August 11, 2016. Mediation briefs will be
11 due by August 4, 2016.
12 This stipulation may be executed in multiple counterparts, all of which shall be deemed
13 originals, and with the same effect as if all Parties had signed the same document. All of such
14 counterparts shall be construed together with and shall constitute one stipulation, but in making
15 proof, it shall be only necessary to produce one such counterpart. A facsimile, scanned or
16 electronic transmission shall be deemed valid and enforceable as an original.

DATED:_____    _____
                              Robert F. Kane
                              Law Offices of Robert F. Kane
                              Attorneys for Plaintiffs Willie York & Carolyn Miles York

DATED:_____    _____
                              Allison V. Lippa
                              McGuire Woods, LLP
                              Attorneys for Defendant Bank of America, N.A.

DATED: June 21, 2016          _____
                              Glenn H. Wechsler
                              Law Offices of Glenn H. Wechsler
                              Attorneys for Defendant and Counter-claimant
                              Champion Mortgage

DATED: 6/21/16      _____
                    Steven A. Simontachhi
                    Phillips, Downs, & Simontachhi
                    Attorneys for Third Party Defendant NL., Inc.

DATED: _____    _____
                    David D. Doyle
                    Doyle & Schallert
                    Attorneys for Defendant Reverse Mortgages of California

DATED: _____    _____
                    David E. Harris
                    Miller Starr Regalia
                    Attorneys for Third Party Defendants
                    RPM Mortgage, Inc., & Erwin Robert Hirt

DATED: _____    _____
                    Dennis Chin
                    Ogas Chin, LLP
                    Attorneys for Defendant and Third Party Plaintiff
                    Thomas Perkins

### ORDER

The above agreement of the parties and their attorneys have been duly considered by the Court, and good cause appearing therefore, IT IS ORDERED that the above agreement is approved, and each party is ordered to fully comply with all terms and conditions thereof to be performed on his or her own part.

Dated: _____    _____
                            JUDGE

```
 1
 2   DATED: _____         _____
 3                                 Steven A. Simontachhi
                                   Phillips, Downs, & Simontachhi
 4                                 Attorneys for Third Party Defendant NL., Inc.
 5
 6   DATED: 6/22/16                _____
 7                                 David D. Doyle
                                   Doyle & Schallert
 8                                 Attorneys for Defendant Reverse Mortgages of California
 9
10   DATED: _____         _____
11                                 David E. Harris
                                   Miller Starr Regalia
12                                 Attorneys for Third Party Defendants
                                   RPM Mortgage, Inc., & Erwin Robert Hirt
13
14   DATED: 6/22/16                _____
15                                 Dennis Chin
                                   Ogas Chin, LLP
16                                 Attorneys for Defendant and Third Party Plaintiff
                                   Thomas Perkins
17
18
19
                                         ORDER
20
         The above agreement of the parties and their attorneys have been duly considered by the
21
     Court, and good cause appearing therefore, IT IS ORDERED that the above agreement is
22
     approved, and each party is ordered to fully comply with all terms and conditions thereof to be
23
     performed on his or her own part.
24
25
26
         Dated: _____         _____
27                                                    JUDGE
28
```

```
1
2  DATED:_____            _____
3                                Steven A. Simontachhi
                                  Phillips, Downs, & Simontachhi
4                                 Attorneys for Third Party Defendant NL., Inc.
5
6  DATED:_____            _____
7                                David D. Doyle
                                  Doyle & Schallert
8                                 Attorneys for Defendant Reverse Mortgages of California
9
10 DATED: June 21, 2016           [signature]
                                  _____
11                                David E. Harris
                                  Miller Starr Regalia
12                                Attorneys for Third Party Defendants
                                  RPM Mortgage, Inc., & Erwin Robert Hirt
13
14 DATED:_____            _____
15                                Dennis Chin
                                  Ogas Chin, LLP
16                                Attorneys for Defendant and Third Party Plaintiff
                                  Thomas Perkins
17
```

## ORDER

The above agreement of the parties and their attorneys have been duly considered by the Court, and good cause appearing therefore, IT IS ORDERED that the above agreement is approved, and each party is ordered to fully comply with all terms and conditions thereof to be performed on his or her own part.

Dated: 6/29/16                    _____
                                  JUDGE