UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-02471-RS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: August 11, 2016<br>Mediator: Tamara Lange |

　　　　IT IS HEREBY ORDERED that the request to excuse plaintiff Willie York from appearing in person throughout the August 11, 2016, mediation before Tamara Lange is GRANTED.  To the extent Mr. York is unable to physically attend the mediation in person, the mediator shall have the authority to permit his active participation by telephone as set forth in ADR L.R. 6-10(f).

　　　　**IT IS SO ORDERED**.

Dated: August 3, 2016

Maria-Elena James
United States Magistrate Judge