UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendants. | Case No. 14-cv-02471-RS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: August 11, 2016<br>Mediator: Tamara Lange |

IT IS HEREBY ORDERED that the request to excuse defendant Nationstar Mortgage LLC doing business as Champion Mortgage Company's representative, Keith Hale, from appearing in person at the August 11, 2016, mediation before Tamara Lange is DENIED.

**IT IS SO ORDERED**.

Dated: August 8, 2016

Maria-Elena James
United States Magistrate Judge