ROBERT F. KANE, ESQ. (State Bar No. 7l407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94l02
Tel: (4l5) 982-l5l0; Fax: (415) 982-5821

SHIRLEY HOCHHAUSEN (State Bar No. 145619)
BAY VIEW HUNTERS POINT COMMUNITY LEGAL
4622 3rd St.
San Francisco, CA 94124
Tel: (415) 735-4124; Fax: (415) 534-3469

Attorneys for Plaintiffs
WILLIE YORK and CAROLYN YORK MILES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIE YORK et al., | ) CASE NO. 14-CV-02471 RS |
|---|---|
| Plaintiffs, | ) Assigned to Magistrate Judge:<br>) Judge Richard Seeborg |
| vs. | ) ORDER<br>) **JOINT STIPULATION TO CONTINUE** |
| BANK OF AMERICA, CHAMPION<br>MORTGAGE, et al., | ) **TRIAL AND CORRESPONDING ADR,**<br>) **DISCOVERY AND MOTION**<br>) **DEADLINES** |
| Defendants. | )<br>) Trial: February 27, 2017<br>) |

Plaintiffs WILLIE YORK and CAROLYN YORK MILES ("Plaintiffs") and Defendants NATIONSTAR MORTGAGE LLC doing business as Champion MORTGAGE COMPANY erroneously sued as Champion MORTGAGE ("Champion"), BANK OF AMERICA, N.A. ("B of A"), THOMAS PERKINS ("Perkins"), REVERSE MORTGAGES OF CALIFORNIA, NL, INC., and RPM MORTGAGE, INC., (collectively "Parties") hereby agree and stipulate as follows:

WHEREAS, trial in this matter is set for February 27, 2017 with corresponding discovery and motion cut-offs;

WHEREAS, the Parties had a mediation with Tamara Lange on August 11, 2016;

WHEREAS, the Parties and the mediator believe that further discussion will be productive

1  without the parties expending resources for discovery, motions, and trial preparation;

2      WHEREAS, the Parties will be having further contact with the mediator as there are some
3  actions that need to be taken before fruitful settlement discussion can occur;

4      WHEREAS, the Parties have agreed and request that this Court continue the trial date from
5  February 27, 2017 to September 11, 2017.  The Parties further request that the deadline to
6  designate expert witnesses be continued from October 7, 2016 to April 21, 2017; the deadline to
7  designate supporting and/or rebuttal experts be continued from October 28, 2016 to May 12, 2017;
8  the discovery cut-off date be continued from November 18, 2016 to June 1, 2017, and the pre-trial
9  motion cut-off date be continued from December 22, 2016 to July 6, 2017.

10      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

11      The trial date in this matter shall be continued from February 27, 2017 to September 11,
12  2017.  The deadline to designate expert witnesses shall be continued from October 7, 2016 to
13  April 21, 2017; the deadline to designate supporting and/or rebuttal experts shall be continued
14  from October 28, 2016 to May 12, 2017; the discovery cut-off date shall be continued from
15  November 18, 2016 to June 1, 2017, and the pre-trial motion cut-off date shall be continued from
16  December 22, 2016 to July 6, 2017. `Pretrial Conference shall be continued from February 9, 2017 to August 24, 2017.`

17  DATED: September 9, 2016          LAW OFFICES OF ROBERT KANE

19                                          By:  */s/Robert F. Kane*
20                                          Robert F. Kane
                                        Attorneys for Plaintiffs WILLIE YORK and
21                                          CAROLYN YORK MILES

23  DATED: September 9, 2016          LAW OFFICES OF GLENN H. WECHSLER

24                                          By:  */s/Glenn Wechsler*
                                        Glenn Wechsler
25                                          Attorneys for Defendant NATIONSTAR MORTGAGE
                                        LLC doing business as Champion MORTGAGE
26                                          COMPANY erroneously sued as Champion
                                        MORTGAGE

28      JOINT STIPULATION TO CONTINUE TRIAL DATE AND CORRESPONDING DEADLINES
                                    Case No. 14-CV-02471 RS
                                           Page 2 of 3

DATED: September 9, 2016          MCGUIRE WOODS

                                  By:  /s/Alison Lippa
                                  ALISON LIPPA
                                  Attorneys for Defendant BANK OF AMERICA, N.A.

DATED: September 9, 2016          OGAS CHIN

                                  BY: _____ /s/ Dennis Chin _____
                                      Dennis Chin
                                      Counsel for Defendant THOMAS PERKINS

DATED: September 9, 2016          DOYLE & SCHALLERT

                                  BY: _____ /s/ David Doyle _____
                                      David Doyle
                                      Counsel for Defendants REVERSE
                                      MORTGAGES OF CALIFORNIA

*I hereby attest that I have received authorization to provide any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Richard Seeborg — 9/12/16]