| | |
|---|---|
| MCGUIREWOODS LLP<br>CAROLEE A. HOOVER SBN #282018<br>ALISON V. LIPPA SBN #160807<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA 94111<br>Telephone:  415.844.9944<br>Facsimile:   415.844.9922<br>Email: alippa@mcguirewoods.com<br><br>Attorneys for Defendant<br>BANK OF AMERICA, N.A. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK, CAROLYN YORK MILES,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, CHAMPION MORTGAGE COMPANY, REVERSE MORTGAGES OF CALIFORNIA, INC., JAMES B. NUTTER AND CO., THOMAS PERKINS, STEPHEN TALCOTT, AGNES MCNAMARA, AND DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO. 14-CV-02471 RS**<br><br>Assigned to U.S. District Judge:<br>Judge Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE OCTOBER 12, 2017 HEARING ON THE DEFENDANTS' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT AND ASSOCIATED BRIEFING DEADLINES**<br><br><br>**Complaint Filed:** May 29, 2014<br>**Trial Date:**  September 11, 2017 |

Plaintiffs WILLIE YORK and CAROLYN YORK MILES ("Plaintiffs") and Defendants NATIONSTAR MORTGAGE LLC doing business as Champion MORTGAGE COMPANY erroneously sued as Champion MORTGAGE ("Champion"), BANK OF AMERICA, N.A. ("BANA"), THOMAS PERKINS ("Perkins"), REVERSE MORTGAGES OF CALIFORNIA, INC., and SURETY BONDING COMPANY OF AMERICA (collectively "Parties") submit a

1

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE OCTOBER 12, 2017 HEARING ON THE DEFENDANTS' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT AND ASSOCIATED BRIEFING DEADLINES**

Stipulated Request to Continue the October 12, 2017 Hearing on the Defendants' Respective Motions for Summary Judgment and Associated Deadlines.

Upon review of the Joint Stipulation, and good cause appearing, the Court orders as follows: the Stipulated Request is **GRANTED** as follows:

1. The hearing on the Defendants' respective motions for summary judgment in this matter shall be continued at least 30 days from October 12, 2017 to __December 7__, 2017 ("continued hearing date");

2. The corresponding due dates for Plaintiffs' opposition briefs and Defendants' reply briefs is hereby continued based on the continued hearing date.

**IT IS SO ORDERED.**

Dated: 9/21/17

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT COURT

2
**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE OCTOBER 12, 2017 HEARING ON THE DEFENDANTS' RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT AND ASSOCIATED BRIEFING DEADLINES**