Glenn H. Wechsler, State Bar No. 118456
Jeffrey S. Nelson, State Bar No. 149494
LAW OFFICES OF GLENN H. WECHSLER
1111 Civic Drive, Suite 210
Walnut Creek, California 94596
Telephone: (925) 274-0200

Attorney for Defendant
NATIONSTAR MORTGAGE LLC doing business as
CHAMPION MORTGAGE COMPANY,
erroneously sued as CHAMPION MORTGAGE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, CHAMPION MORTGAGE, et al.,<br><br>        Defendant. | CASE NO. 14-CV-02471 RS<br><br>Assigned to U.S. District Judge:<br>Judge Richard Seeborg<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF; MEMORANDUM IN SUPPORT; AND [PROPOSED] ORDER**<br><br>Trial: March 19, 2018 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Northern District of California Civ. L.R. 6.1(b) and 6.2, Plaintiffs WILLIE YORK and CAROLYN YORK MILES ("Plaintiffs") and Defendants NATIONSTAR MORTGAGE LLC doing business as CHAMPION MORTGAGE COMPANY, erroneously sued as CHAMPION MORTGAGE; BANK OF AMERICA, N.A.; REVERSE MORTGAGES OF CALIFORNIA, INC.; THOMAS PERKINS and SURETY BONDING COMPANY OF AMERICA (collectively "Parties") by their respective undersigned counsel respectfully jointly stipulate and hereby request that the current discovery deadline of October 20, 2017, set forth in the Case Management Scheduling Order of August 3, 2017 (Doc. 213), be extended to November 22,

2017, for good cause to permit the parties to continue focusing on settlement discussions and to avoid incurring additional expenses associated with pending discovery while settlement discussions are ongoing.

The requested extension of discovery-related deadlines will not affect any of the other dates set in the case, including the trial date (3/19/18) and the hearing date (12/7/17) on the pending motions for summary judgment. This is the parties' third request for an extension of time in this matter regarding the discovery deadline.

**MEMORANDUM IN SUPPORT**

**I.     PROCEDURAL HISTORY**

In its Case Management Scheduling Order of August 3, 2017 ("scheduling order") (Doc. 213), this Court confirmed an agreement among the parties to extend the discovery cut-off date to October 20, 2017, which remains the current cut-off date. Since the scheduling order was issued, the parties have been engaged in still-ongoing settlement discussions, both directly with each other and with the assistance of Tamara Lange, mediator. During such time, the parties have deferred expert witness depositions and completing outstanding written discovery in an effort to avoid both the expense necessarily involved in such discovery, and the obstacle to settlement presented by the incurring of such expense.

The scheduling order anticipated and allowed for further extension of the discovery cut-off ["Should [the parties] agree to any further extension of the cut-off, the parties are to file a stipulation prior to that date"]. (Dkt 213 1:17-18)

The parties have agreed to an extension of the discovery cut-off to November 22, 2017, and submit this joint stipulation requesting the Court to approve the extension.

**II.     LEGAL STANDARD**

Pursuant to Fed. R. Civ. P. 16(b)(4), a schedule may be modified for good cause and with the judge's consent. The primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. Sep. 14, 1992).

**III. ARGUMENT**

Good cause exists to extend the discovery cut-off an additional thirty days (approximately). Mindful of the Court's admonition that this "is a case that should settle," the parties have engaged in extensive and still-ongoing settlement discussions, while attempting to limit litigation expenses by deferring the taking of expert witness depositions and drafting of responses to outstanding written discovery among the parties.

The discovery cut-off date should be extended to November 22, 2017, to allow the parties to continue settlement talks and to attempt to limit litigation expenses that would be avoided entirely in the event the parties reach an agreement to settle this matter.

The parties, therefore, stipulate and request the Court to extend the discovery cut-off to November 22, 2017, to allow the parties to continue settlement talks and allow time for the taking of expert witness depositions and completion of written discovery in the event that a settlement is not reached.

Respectfully submitted,¶

DATED: October 19, 2017

LAW OFFICES OF ROBERT KANE

By: */s/ Robert F. Kane*
ROBERT F. KANE
Attorneys for Plaintiffs WILLIE YORK and
CAROLYN YORK MILES

DATED: October 19, 2017

MCGUIREWOODS LLP

By: */s/Alison Lippa*
ALISON V. LIPPA
Attorneys for Defendant BANK OF AMERICA, N.A.

| | | |
|---|---|---|
| 1 | DATED: October 19, 2017 | LAW OFFICES OF JOHN L. FALLAT |
| 2 | | |
| 3 | | By: */s/ Timothy J. Tomlin* |
| 4 | | TIMOTHY J. TOMLIN<br>Attorneys for Defendant SURETY BONDING COMPANY OF AMERICA. |
| 5 | | |
| 6 | DATED: October 19, 2017 | DOYLE & FORTUNE |
| 7 | | By: */s/ David D. Doyle* |
| 8 | | David D. Doyle<br>Counsel for Defendants REVERSE MORTGAGES OF CALIFORNIA, INC. and THOMAS PERKINS |
| 9 | | |
| 10 | | |
| 11 | DATED: October 19, 2017 | LAW OFFICES OF GLENN H. WECHSLER |
| 12 | | By: */s/ Jeffrey S. Nelson\** |
| 13 | | JEFFREY S. NELSON<br>Attorneys for Defendant NATIONSTAR MORTGAGE LLC doing business as CHAMPION MORTGAGE COMPANY, erroneously sued as CHAMPION MORTGAGE |
| 14 | | |
| 15 | | |

\*I hereby attest that I have received authorization to provide any signatures indicated by a "conformed" signature (/s/) within this e-filed document and that such authorizations are available for inspection upon request.

**ORDER**

The Court, having considered the Parties' stipulation to extend the discovery cut-off to November 22, 2017, and good cause appearing,

IT IS HEREBY ORDERED:

- The discovery completion deadline shall be extended from October 20, 2017, to November 22, 2017.

All other dates scheduled in this case, including the trial date, shall remain as previously set.

.

Dated: October __20__, 2017

_____
RICHARD SEEBORG
United States District Judge

G:\Glenn\DOCS\LOANSTAR\YORK\Pleadings\Joint Motion to Extend Disco Cutoffs V170412.docx