LAW OFFICES OF GLENN H. WECHSLER
GLENN H. WECHSLER, State Bar No. 118456
 glenn@glennwechsler.com
111 Civic Drive, Suite 210
Walnut Creek, California 94596
Telephone: (925) 274-0200
Facsimile: (925) 274-0202

HALL HUGUENIN LLP
HOWARD D. HALL, State Bar No. 145024
 hhall@hhlawyers.com
CHEYENNE S. SCHNEIDER, State Bar No. 285084
 cschneider@hhlawyers.com
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for NATIONSTAR MORTGAGE LLC, doing business as CHAMPION MORTGAGE COMPANY, erroneously sued as CHAMPION MORTGAGE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE YORK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, et al., <br><br> Defendants. | CASE NO. 14-CV-02471-RS <br><br> **STIPULATION AND [PROPOSED] ORDER FOR THE COURT TO RETAIN JURISDICTION FOR LIMITED PURPOSES OF ENFORCING SETTLEMENT** <br><br> JUDGE: Hon. Richard Seeborg <br> TRIAL DATE: March 19, 2018 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT IT IS HEREBY STIPULATED** by and between Plaintiffs Willie York and Carolyn York Miles (collectively, "Plaintiffs") and Defendants Nationstar Mortgage LLC doing business as Champion Mortgage Company erroneously sued as Champion Mortgage ("Champion"), and Bank of America, N.A. ("BANA") (collectively, "Defendants"), through their respective

counsel of record, based upon the following recitals:

WHEREAS, Plaintiffs filed the matter of *Willie York et al. v. Bank of America, N.A. et al.,* U.S. District Court for the Northern District of California, Case No. 3:14-cv-02471-RS, on or about May 29, 2014 alleging claims related to real property located at 80 Conkling Street, San Francisco, California 94124 (the "Subject Property") against Champion, BANA, and additional named defendants;

WHEREAS, the parties to this Stipulation, seeking to resolve this matter for their mutual benefit and to save judicial resources, are entering into an agreement to settle all claims asserted against the Defendants identified herein;

WHEREAS, the parties to this Stipulation are currently negotiating and finalizing the settlement agreement and all documents in support thereof;

WHEREAS, Plaintiffs currently intend to continue the litigation against the remaining named defendants who are not signatures to this Stipulation or the settlement;

WHEREAS, the parties to this Stipulation seek to ensure that the Court may retain jurisdiction to enforce all aspects of the Settlement and Release Agreement (and all documents thereto) between Plaintiffs and Defendants;

WHEREAS, in light of the foregoing and in the interest of judicial economy and preserving party resources and costs, the parties hereto agree that stipulating for the Court to retain jurisdiction in this matter, even after a dismissal with prejudice is filed, is warranted.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, by and through their attorneys of record that:

1. Plaintiffs and Defendants are entering into and finalizing a confidential settlement which encompasses all claims asserted against Champion and BANA in the matter of *Willie York et al. v. Bank of America, N.A. et al.,* U.S. District Court for the Northern District of California, Case No. 3:14-cv-02471-RS;

2. Plaintiffs and Defendants agree that both Champion and BANA will be

dismissed with prejudice in accordance with the terms of their confidential settlement, if and when settlement is finalized;

3. Plaintiffs and Defendants agree and stipulate that the Court in the above-entitled action shall retain jurisdiction to enforce the settlement and all terms therein between Plaintiffs and Defendants hereto, even after a dismissal with prejudice is filed and even after litigation is completed, up to three (3) years after the eventual passing of Plaintiff Willie York;

4. None of the parties shall be determined to be the "prevailing party" in connection with any relief provided by this Stipulation;

5. This Stipulation shall not operate as a waiver of any other rights of Plaintiffs or Defendants under the law; and

6. This Stipulation may be executed in counterparts, all of which shall be taken together as one and the same Stipulation, and a photocopy, facsimile, or electronic record of this fully executed Stipulation may be used by the parties or the Court for all purposes in lieu of the original.

**IT IS SO STIPULATED.**

DATED: March 7, 2018            LAW OFFICES OF ROBERT KANE


By: _____
Robert Kane, Esq.
Attorneys for Plaintiffs


[SIGNATURES CONTINUED ON NEXT PAGE]

DATED: March 7, 2018     BAYVIEW HUNTERS POINT COMMUNITY
                         LEGAL


                         By: /s/ as directed by Shirley over the phone
                         ─────────────────────────────────
                             Shirley Hockhausen, Esq.
                         Attorneys for Plaintiffs


DATED: March ___, 2018   LAW OFFICES OF GLENN H. WECHSLER


                         By: ─────────────────────────────
                             Glenn Wechsler, Esq.
                         Attorneys for NATIONSTAR MORTGAGE
                         LLC, doing business as CHAMPION
                         MORTGAGE COMPANY


DATED: March ___, 2018   HALL HUGUENIN LLP


                         By: ─────────────────────────────
                             Howard D. Hall, Esq.
                         Attorneys for NATIONSTAR MORTGAGE
                         LLC, doing business as CHAMPION
                         MORTGAGE COMPANY


DATED: March ___, 2018   MCGUIREWOODS LLP


                         By: ─────────────────────────────
                             Alison V. Lippa, Esq.
                         Attorneys for BANK OF AMERICA, N.A.

```
 1  DATED: March ___, 2018          BAYVIEW HUNTERS POINT COMMUNITY
 2                                  LEGAL
 3
 4                                  By: _____
 5                                      Shirley Hockhausen, Esq.
                                        Attorneys for Plaintiffs
 6
 7  DATED: March _7_, 2018          LAW OFFICES OF GLENN H. WECHSLER
 8
 9
10                                  By: _____
11                                      Glenn Wechsler, Esq.
                                        Attorneys for NATIONSTAR MORTGAGE
12                                      LLC, doing business as CHAMPION
                                        MORTGAGE COMPANY
13
14
15  DATED: March ___, 2018          HALL HUGUENIN LLP
16
17                                  By: _____
18                                      Howard D. Hall, Esq.
                                        Attorneys for NATIONSTAR MORTGAGE
19                                      LLC, doing business as CHAMPION
20                                      MORTGAGE COMPANY
21
22  DATED: March ___, 2018          MCGUIREWOODS LLP
23
24
25                                  By: _____
                                        Alison V. Lippa, Esq.
26                                      Attorneys for BANK OF AMERICA, N.A.
27
28
                                         4                    Case No. 14-CV-02471-RS
        STIPULATION AND [PROPOSED] ORDER FOR THE COURT TO RETAIN JURISDICTION FOR LIMITED
                              PURPOSES OF ENFORCING SETTLEMENT
```

| | | |
|---|---|---|
| 1 | DATED: March ___, 2018 | BAYVIEW HUNTERS POINT COMMUNITY LEGAL |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Shirley Hockhausen, Esq. |
| 6 | | Attorneys for Plaintiffs |
| 7 | DATED: March ___, 2018 | LAW OFFICES OF GLENN H. WECHSLER |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Glenn Wechsler, Esq. |
| 12 | | Attorneys for NATIONSTAR MORTGAGE LLC, doing business as CHAMPION MORTGAGE COMPANY |
| 13 | | |
| 14 | | |
| 15 | DATED: March ___, 2018 | HALL HUGUENIN LLP |
| 16 | | |
| 17 | | By: _____ |
| 18 | | Howard D. Hall, Esq. |
| 19 | | Attorneys for NATIONSTAR MORTGAGE LLC, doing business as CHAMPION MORTGAGE COMPANY |
| 20 | | |
| 21 | | |
| 22 | DATED: March 8, 2018 | MCGUIREWOODS LLP |
| 23 | | |
| 24 | | By: _[signature]_____ |
| 25 | | Alison V. Lippa, Esq. |
| 26 | | Attorneys for BANK OF AMERICA, N.A. |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: March ___, 2018 | BAYVIEW HUNTERS POINT COMMUNITY LEGAL |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Shirley Hockhausen, Esq. |
| 6 | | Attorneys for Plaintiffs |
| 7 | DATED: March ___, 2018 | LAW OFFICES OF GLENN H. WECHSLER |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Glenn Wechsler, Esq. |
| 12 | | Attorneys for NATIONSTAR MORTGAGE LLC, doing business as CHAMPION |
| 13 | | MORTGAGE COMPANY |
| 14 | | |
| 15 | DATED: March 9, 2018 | HALL HUGUENIN LLP |
| 16 | | |
| 17 | | By: /s/ Howard D. Hall |
| 18 | | Howard D. Hall, Esq. |
| 19 | | Attorneys for NATIONSTAR MORTGAGE LLC, doing business as CHAMPION |
| 20 | | MORTGAGE COMPANY |
| 21 | | |
| 22 | DATED: March ___, 2018 | MCGUIREWOODS LLP |
| 23 | | |
| 24 | | |
| 25 | | By: _____ |
| 26 | | Alison V. Lippa, Esq. |
|    | | Attorneys for BANK OF AMERICA, N.A. |

[~~PROPOSED~~] **ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES, THE COURT ORDERS AS FOLLOWS:**

1. This Court shall reserve and retain jurisdiction in the above-entitled action for the limited purpose of enforcing the settlement and all terms therein, even after a dismissal with prejudice is filed, up to three (3) years after the eventual passing of Plaintiff Willie York.

**IT IS SO ORDERED.**

Dated: 3/13, 2018

*/s/ Richard Seeborg*
Hon. Richard Seeborg

5  Case No. 14-CV-02471-RS
STIPULATION AND [PROPOSED] ORDER FOR THE COURT TO RETAIN JURISDICTION FOR LIMITED PURPOSES OF ENFORCING SETTLEMENT