```
 1  MCGUIREWOODS LLP
    ALISON V. LIPPA SBN #160807
 2  Two Embarcadero Center
    Suite 1300
 3  San Francisco, CA  94111-3821
    Telephone:  415.844.9944
 4  Facsimile:  415.844.9922
    Email: alippa@mcguirewoods.com
 5

 6  Attorneys for Defendant
    BANK OF AMERICA, N.A.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIE YORK, et al., | CASE NO. 14-CV-02471 RS |
|---|---|
| Plaintiffs, | Assigned to U.S. District Judge: The Hon. Richard Seeborg |
| vs. | ~~[PROPOSED]~~ ORDER GRANTING STIPULATED REQUEST TO DISMISS SPECIFIC DEFENDANTS WITH PREJUDICE |
| BANK OF AMERICA, et al., | |
| Defendants. | [Fed. R. Civ. P. Rule 41(a)] |

This matter is before the Court regarding the Joint Stipulation of Plaintiffs WILLIE YORK and CAROLYN YORK MILES ("Plaintiffs"), and Defendants NATIONSTAR MORTGAGE LLC doing business as CHAMPION MORTGAGE COMPANY erroneously sued as CHAMPION MORTGAGE ("Champion") and BANK OF AMERICA, N.A. ("BANA") (collectively "Defendants") to dismiss Defendants from this case with prejudice pursuant to settlement.

Having considered the Joint Stipulation presented, it appears that good cause exists to dismiss this case with prejudice only as to Champion and BANA.

THEREFORE, IT IS HEREBY ORDERED that

1. The case is dismissed with prejudice only as to Champion and BANA pursuant to settlement and the Court's March 13, 2018 Order retaining jurisdiction to enforce the settlement between Champion, BANA, and Plaintiffs, which is fully incorporated herein by reference.

2. None of the parties shall be determined to be the "prevailing party" in connection with any relief provided by this Stipulation.

3. This Stipulation shall not operate as a waiver of any other rights of Plaintiffs or Defendants under the law or as to any of the non-settling defendants in this action.

**IT IS SO ORDERED.**

DATED: 5/7/18

_____
Hon. Richard Seeborg